# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 16-20026 | RDB | Judge: | Robert D. Berger | Trustee Name: | Christopher J. Redmond Ch7 |
|---|---|---|---|---|---|---|
| Case Name: | Danny L. Jackson | | | | Date Filed (f) or Converted (c): | 01/11/2016 (f) |
| | Barbara J. Jackson | | | | 341(a) Meeting Date: | 02/16/2016 |
| For Period Ending: | 03/31/2016 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 16332 Larsen St., Overland Park, KS | 905,000.00 | 0.00 | | 0.00 | FA |
| 2. 2005 Lincoln Navigator | 10,000.00 | 0.00 | | 0.00 | FA |
| 3. 2008 Lincoln Mark LT | 15,000.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 60,000.00 | 0.00 | | 0.00 | FA |
| 5. Misc Household Tools | 400.00 | 0.00 | | 0.00 | FA |
| 6. Two (2) Computers | 100.00 | 0.00 | | 0.00 | FA |
| 7. LED TV | 600.00 | 0.00 | | 0.00 | FA |
| 8. Pictures / Sports Photos/ Memorabilia | 18,000.00 | 0.00 | | 0.00 | FA |
| 9. Golf Clubs | 100.00 | 100.00 | | 0.00 | 100.00 |
| 10. Clothing | 1,300.00 | 0.00 | | 0.00 | 0.00 |
| 11. Short Lynx Fur Coat | 400.00 | 0.00 | | 0.00 | FA |
| 12. Long Lynx Fur Coat | 1,600.00 | 1,600.00 | | 0.00 | FA |
| 13. Wedding Rings / Misc Jewelry | 2,000.00 | 0.00 | | 0.00 | FA |
| 14. 3 Non-pedigree Pet Dogs | 0.00 | 0.00 | | 0.00 | FA |
| 15. Central Bank of the Midwest Checking | 200.00 | 200.00 | | 0.00 | 200.00 |
| 16. Fidelity Bank Checking | 200.00 | 200.00 | | 0.00 | 200.00 |
| 17. Altel Stock (Debtor believes worthless) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 18. Incred-A-Bowl Stock (Company Defunct) | 0.00 | 0.00 | | 0.00 | FA |
| 19. Major League Baseball Pension ($5,343/month) KSA 60-2308 and 60-2313(a)(1) | 0.00 | 0.00 | | 0.00 | FA |
| 20. IRA TD Ameritrade | 6,500.00 | 0.00 | | 0.00 | FA |
| 21. IRA TD Ameritrade | 6,500.00 | 0.00 | | 0.00 | FA |
| 22. 2015 Income Tax Refunds Subject to Assignment of Counsel | Unknown | 0.00 | | 0.00 | 0.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 16-20026 | RDB | Judge: | Robert D. Berger | Trustee Name: | Christopher J. Redmond Ch7 |
| Case Name: | Danny L. Jackson | | | | Date Filed (f) or Converted (c): | 01/11/2016 (f) |
| | Barbara J. Jackson | | | | 341(a) Meeting Date: | 02/16/2016 |
| For Period Ending: | 03/31/2016 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. Four (4) Term Life Ins Policies on Children | 0.00 | 0.00 | | 0.00 | FA |
| KSA 40-414; 60-2313(a)(7); 40-258 | | | | | |
| 24. Term Life - Principal Mutual (H) | 0.00 | 0.00 | | 0.00 | FA |
| KSA 40-414; 60-2313(a)(7); 40-258 | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $1,027,900.00     $2,100.00     $0.00     $500.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

02/16/16 - Per Trustee to hold matter open at this time
03/24/16 - Initial Interim Report
03/24/16 - Request conflict check
03/24/16 - Correspondence to counsel regarding 2015 income tax returns

Initial Projected Date of Final Report (TFR): 12/31/2017     Current Projected Date of Final Report (TFR): 12/31/2017

Trustee Signature:     /s/ Christopher J. Redmond Ch7     Date: 04/19/2016

Christopher J. Redmond Ch7
4801 Main Street, Suite 1000
Kansas City MO 64112
(816) 283-4672

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-20026 | Trustee Name: | Christopher J. Redmond Ch7 |
| Case Name: | Danny L. Jackson | Bank Name: | |
| | Barbara J. Jackson | Account Number/CD#: | |
| Taxpayer ID No: | | Blanket Bond (per case limit): | $26,000,000.00 |
| For Period Ending: | 03/31/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Bank Accounts | | | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $0.00 $0.00

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| - | $0.00 | $0.00 | $0.00 |
|  | $0.00 | $0.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature: /s/ Christopher J. Redmond Ch7   Date: 04/19/2016

Christopher J. Redmond Ch7
4801 Main Street, Suite 1000
Kansas City MO 64112
(816) 283-4672

Page Subtotals: $0.00 $0.00