# United States Bankruptcy Court
## District of Kansas

In re: Danny L. Jackson, Barbara J. Jackson, Debtor(s)

Case No. 16-20026
Chapter 7

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address): Farmer's Bank
   14231 Metcalf Ave.
   Overland Park, KS 66223

2. Claim (amount owed, nature of claim, date incurred):
   Amount owed: $100,000.00
   Nature of claim: Business Debt
   Date incurred: 5/14/07

3. This claim has been scheduled as (Check one box):
   ☐ secured;   ☐ priority;   ☑ general unsecured.

4. Trustee, if one has been appointed: Christopher J. Redmond

5. Original deadline for filing proofs of claim: N/A

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: 4/18/2016

or

☐ This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☑ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐ This claim was added to the schedules after the deadline for filing claims stated above.

☐ This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐ A plan in this case was confirmed on [Date _____].

☐ No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

Colin Gotham KS#19538; MO#52343     7225 Renner Road, Suite 200
                                    Shawnee, KS 66217

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I, Colin Gotham KS#19538; MO#52343, certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on April 27, 2016.

/s/ Colin Gotham
Colin Gotham KS#19538; MO#52343
**Signature**